FILED
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:10-CR-0191-JAM
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
CHERYL ANN HITOMI PETERSON, )
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Cheryl Ann Hitomi Peterson</u>, Case No. <u>2:10-CR-0191-JAM</u>, Charge <u>Title 18 USC § 1349</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ _50,000.00_

        X  Unsecured Appearance Bond, _co-signed by son_

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X  (Other) _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 24, 2010</u> at _3:20_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge