**FILED**
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHERYL ANN HITOMI PETERSON, )<br>)<br>Defendant. ) | Case No. 2:10-CR-0191-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Cheryl Ann Hitomi Peterson</u>, Case No. <u>2:10-CR-0191-JAM</u>, Charge <u>Title 18 USC § 1349</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ <u>50,000.00</u>

        X Unsecured Appearance Bond, co-signed by son

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X (Other) <u>Pretrial Services Supervision of Conditions</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 24, 2010</u> at <u>3:20</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge