```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, AZ Bar #016370
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CHERYL PETERSON
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. CR-S-10-191 JAM
                                 )
12              Plaintiff,       )
                                 )  AMENDED STIPULATION AND ORDER
13      v.                       )  MODIFYING CONDITIONS OF RELEASE
                                 )
14  CHERYL PETERSON,             )  Date:  NONE
                                 )  Time:  NONE
15              Defendants.      )  Judge: Hon. John A. Mendez
                                 )
16  _____ )
                                 )
17
```

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant CHERYL PETERSON, that her Conditions of Release, Special Condition #11 be added and amended as follows: **#11 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer**. U.S. Pretrial Services Officers, counsel for the government, and counsel for defendant, CHERYL PETERSON, agree with the condition as set forth therein.

The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

**IT IS SO STIPULATED**

Dated: June 25, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Douglas J. Beevers*
                                        _____
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CHERYL PETERSON

Dated: June 25, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Matthew Stegman*
                                        _____
                                        Matthew Stegman
                                        Assistant U.S. Attorney


### O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant CHERYL PETERSON'S Conditions of Release, Special Condition #11 be added and amended as follows: **#11 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**

**IT IS SO ORDERED.**

Dated:   June 28, 2010
                                         /s/ Gregory G. Hollows
                                        _____
                                        United States Magistrate Judge
peterson.ord